UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON


Eastern District of Kentucky
FILED
NOV 21 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-CR-95-REW
21 U.S.C. § 841

**FRANKLIN TOBIAS HAMILTON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about October 4, 2025, in Wayne County, in the Eastern District of Kentucky,

**FRANKLIN TOBIAS HAMILTON**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████████

**FOREPERSON**

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.